IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXSAM, INC., | : |
| v. | : CIVIL ACTION |
| | : NO. 1:12-CV-3651-SCJ-ECS |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., | : |
| | : |
| ALEXSAM, INC., | : CIVIL ACTION |
| | : NO. 2:10-CV-00093-MHS-CMC |
| Plaintiff, | : |
| | : The Honorable Michael H. |
| v. | : Schneider |
| | : |
| BEST BUY STORES LP, et al., | : Magistrate Judge Caroline M. |
| | : Craven |
| Defendants | : |
| | : (*pending in the United States* |
| | : *District Court For The Eastern* |
| | : *District of Texas*) |

## **FINAL REPORT AND RECOMMENDATION**
## **OF UNITED STATES MAGISTRATE JUDGE**

On September 16, 2013, this Court entered an order granting in part and denying in part Plaintiff's Motion to Compel production of documents alleged to be pertinent to litigation pending in the United States District Court for the Eastern District of Texas. No objections having been filed to this order in this Court, and it appearing that there are no further matters to adjudicate, it is **RECOMMENDED** that the Clerk be directed to **CLOSE** this matter.

**SO REPORTED AND RECOMMENDED**, this 30th day of September, 2013.

-2-

      */s/ E. Clayton Scofield*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE